

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELC INSTALLATION COMPANY and MARY P. PRZEKWAS <br><br> Defendants. | Case No. 18 cv 3158 <br><br> Judge Norgle |

## Order of Default

WHEREAS, the Plaintiffs filed their Complaint on May 3, 2018 and the Defendants were personally served with copies of Summonses and Complaints; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED that Defendants, ELC Installation Company and Mary P. Przekwas, submit reports, contributions and dues for the period June 2018 through present to the Plaintiffs within ten days. The Court will retain jurisdiction solely to enter a final judgment for the contributions and dues checkoff shown to be owed by way of an estimate or otherwise, including interest, liquidated damages and attorney fees pursuant to the trust agreements and ERISA Section 1132(g)(2).

ENTERED:

_____
CHARLES NORGLE
UNITED STATES DISTRICT JUDGE

DATED: 9/13/2018